ALAN L. WILLIAMS, ESQ. (CBN 58638)
Law Offices of Alan L. Williams
Fifth Avenue Financial Centre
2550 Fifth Avenue, Suite 520
San Diego, CA 92103
Telephone:(619) 296-0196
Facsimile:  (619) 296-2982

Attorney for Plaintiff Elaine Gallagher

# UNITED STATES DISTRICT COURT

# FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE GALLAGHER,<br><br>   PLAINTIFF,<br><br>V.<br><br>TIMOTHY ROBERTS, an individual, PANAMA REAL ESTATE VENTURES, INC., a corporation, PANAMA REAL ESTATE VENTURES, LLC, a Delaware Limited Liability Company, PANAMA REAL ESTATE FUND NO. 2, LLC, a Delaware Limited Liability Company, MICHAEL GALLAGHER and Does 1-30, inclusive,<br><br>   Defendants. | CASE NO.  16-cv-01437-BEN-DHB<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiff dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

1

| | | |
|---|---|---|
| Dated: 5-10-2017 | | LAW OFFICES OF ALAN L. WILLIAMS |
| | By: | /s/ Alan L. Williams |
| | | Alan L. Williams, Attorney for Plaintiff Elaine Gallagher |

**Law Offices of Alan L. Williams**
Fifth Avenue Financial Centre
2550 Fifth Avenue, Suite 520
San Diego, CA 92103
(619) 296-0196

2
NOTICE OF VOLUNTARY DISMISSAL